JOSEPH A. ALEXANDER v. KAY FINLAY
JEWELERS, INC., ET AL.

June 27, 1986.

Petition for certification denied.   (See 208 *N.J.Super.* 503)

WALTER ZILINSKY v. ZONING BOARD OF ADJUSTMENT OF
THE BOROUGH OF VERONA, ET AL.

June 27, 1986.

Petition for certification granted.

GEORGE R. JACQUES v. HOWARD L. BEYER.

June 27, 1986.

Petition for certification denied.

CHARLES E. JENKINS v. JOHN J. RAFFERTY.

June 27, 1986.

Petition for certification denied.